UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :   WAIVER OF INDICTMENT

      - v. -                       :   S1 12 Cr. 763 (PGG)

GLENFORD GREY,                     :

    Defendant.                     :

- - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

                              _____
                              GLENFORD GREY
                              Defendant

                              _____
                              Witness

                              _____
                              ALAN MITCHEL NELSON, ESQ.
                              Counsel for Defendant

Date:  New York, New York
      April __, 2013

0202

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 18 2013
```